**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **VS.** | : | **CR. NO. 1:07-M-45A** |
| | : | |
| | : | |
| **NHEAT NHIM** | : | |
| | : | |

**MOTION OF DEFENDANT NHEAT NHIM**
**TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Nheat Nhim, by his attorney James T. McCormick, hereby moves this Honorable Court to exclude the period from September 13, 2007 through October 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161 (b). As grounds for this motion, the defendant states as follows:

On May 3, 2007, this Court issued an order excluding the period from May 3, 2007 through July 3, 2007 from the thirty day period for filing an indictment on information. During this period the government provided substantial audio and video recordings and other information in the context of plea negotiations. The volume of materials was substantial. From the end of that time period until the present date, this defendant and his three co-defendants, have been reviewing and evaluating the voluminous recordings along with counsels' research of the numerous legal issues presented by these cases, in discussing the same with the defendant.

After that period there were two additional continuances granted, encompassing the period of July 4, 2007 through September 13, 2007, for all the reasons given above, plus, in addition, the fact that co-defendant Vixay Phommarath, (CR. No. 1:07-M-43A), obtained newly appointed counsel, Robert Mann, who needed additional time because of his recent involvement in the case. It is highly likely that Mr. Phommarath and the defendant will ultimately be charged together by indictment of information, and thus the interest of judicial economy dictate that this case be kept on the same time track as Mr. Phommarath's case.

Defendant now requests an additional twenty-one days exclusion from the thirty day period, from September 13, 2007 to October 4, 2007, for further review and evaluation of the case in the context of continuing plea negotiations.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial.

Respectfully submitted,

/s/ James T. McCormick
JAMES T. MCCORMICK, ESQUIRE (2614)
MCKENNA & MCCORMICK
128 DORRANCE STREET, SUITE 330
PROVIDENCE, RI 02903
TELE: (401) 831-2970
FAX: (401) 751-1797

**CERTIFICATION**

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Peter F. Neronha
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza-8th Floor
Providence, RI 02903

/s/ James T. McCormick